IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELCHOR HAWKINS JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-271 |
| | § | |
| CAROLYN W. COLVIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has before it Plaintiff's civil-rights complaint (Dkt. No. 1), the Magistrate Judge's September 26, 2016, Memorandum and Recommendation ("M&R") to dismiss the case as frivolous and/or for failure to state a claim (Dkt. No. 11), and Plaintiff's objections to the M&R (Dkt. No. 12).

After independently reviewing the record, filings, and applicable law, the Court **ADOPTS** the Magistrate Judge's September 26, 2016, M&R (Dkt. No. 11). The Court **DISMISSES WITH PREJUDICE** the above-captioned action. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court therefore **DIRECTS** the Clerk of the Court to send notice of this dismissal to the Manager of the Three-Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.[1] Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 15th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Magistrate Judge's M&R recommends that notice of this dismissal be sent to Lori Stover, the former Three Strikes Docketing Clerk for the Fifth Circuit. The Court modifies this recommendation to align with current Southern District of Texas practice regarding the Three-Strikes List.