IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELCHOR HAWKINS JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-271 |
| | § | |
| CAROLYN W. COLVIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received Plaintiff's motion for relief from judgment, Dkt. No. 17, the magistrate judge's June 12, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 18, and Plaintiff's objections to the M&R, Dkt. Nos. 20, 21.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the June 12, 2018, M&R, Dkt. No. 18, and **DENIES** Plaintiff's motion for relief from judgment, Dkt. No. 17.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge